JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL JOHNSON, | Case No. EDCV 11-01209 MMM (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| GROUNDS (WARDEN), | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August 31, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE